# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LANGNER,<br><br>    Petitioner,<br><br>    v.<br><br>ROD HOOPS,<br><br>    Respondent. | CASE NO. EDCV 09-0690-CAS (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: 8/31/09

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE